**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
              ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BACCHUS and TINA MCDANIEL, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>Defendant. | Case No. 8:16-cv-01335-AG-DFM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Hon. Andrew J. Guilford |

IT IS HEREBY STIPULATED among Plaintiffs Maria Bacchus and Tina McDaniel ("Plaintiffs") and Defendant Western Dental Services, Inc. ("Western Dental" or "Defendant") (collectively, "Parties") that, pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs' claims are hereby dismissed with prejudice.  All class claims in the lawsuit are dismissed without prejudice.  As Plaintiffs have not moved for class certification and no class has been certified, court approval is not required as to dismissal of any claims asserted on behalf of putative class members.  Each party shall bear his/its own costs, expenses, and attorney's fees related to this action.

Dated:  March 21, 2017

**BURSOR & FISHER, P.A.**

By: */s/ Yeremey O. Krivoshey*
         Yeremey O. Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
            ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email: scott@bursor.com

*Attorneys for Plaintiffs*

Dated:  March 21, 2017

By: */s/ Connie Y. Tcheng*
         Connie Y. Tcheng

Hunter R. Eley (State Bar No. 224321)
Connie Y. Tcheng (State Bar No. 228171)
**DOLL AMIR & ELEY LLP**
1888 Century Park East, Suite 1850
Los Angeles, CA 90067

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (310) 557-9100
Facsimile:  (310) 557-9101
Email:  heley@dollamir.com
ctcheng@dollamir.com

*Attorneys for Defendant*

## **ATTESTATION**

    In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

                         */s/ Yeremey Krivoshey*
                          Yeremey Krivoshey